**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHABSE ROSENBERG,

                Plaintiff,

    -against-                                        21 **CIVIL** 8719 (PMH)

                                                                **<u>JUDGMENT</u>**

LOANDEPOT, INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2023, Defendant's motion to dismiss is GRANTED. This case is dismissed "for lack of subject matter jurisdiction without prejudice to refiling in state court if appropriate." Zlotnick, 583 F. Supp. 3d. at 392 (citing TransUnion, 141 S. Ct. at 2224 (Thomas, J., dissenting) (suggesting that state courts may have jurisdiction over certain claims even in the absence of Article III standing)); accordingly, the case is closed.

**Dated:**  New York, New York

       February 10, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       _____
                                                                       **Clerk of Court**

                                **BY:**     *K. Mango*

                                                                        _____
                                                                       **Deputy Clerk**